

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2025

No. 04-24-00687-CR

**IN RE** Josue Jacob **VILLAGRA DIAZ**, Relator

Original Proceeding[1]

## ORDER

On October 9, 2024, Relator, Josue Jacob Villagra Diaz, filed a petition for writ of mandamus, complaining of the trial court's October 2, 2024, order.

After considering the petition and the record, the court concludes Villagra Diaz is not entitled to the relief sought. Accordingly, we **DENY** the petition for writ of mandamus.

It is so **ORDERED** on March 12, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 36460, styled *The State of Texas v. Josue Jacob Villagra Diaz*, pending in the County Court, Maverick County, Texas, the Honorable Susan D. Reed presiding.